PEOPLE V UDDIN, No. 137545. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285114.

SWINTON V MICHIGAN STATE UNIVERSITY, No. 137686; Court of Appeals No. 280135.

BREWSTER-AZARD V GENERAL MOTORS CORPORATION, No. 137699; Court of Appeals No. 286021.

KELLY, C.J. I would grant leave to appeal.

NEILL V STEEL MASTER TRANSFER, INC, No. 137727; Court of Appeals No. 279122.

KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

TEMPLETON V MICHIGAN STATE UNIVERSITY, No. 137757; Court of Appeals No. 286198.

TRANDELL V THE VILLAGE CLUB, No. 137951; Court of Appeals No. 286429.

KELLY, C.J., did not participate due to her relationship with the defendant, The Village Club.

*Denial of Leave Vacated April 3, 2009:*

KYSER V KASSON TOWNSHIP, No. 136680. We vacate our order dated March 13, 2009. The application for leave to appeal the May 6, 2008, judgment of the Court of Appeals remains pending.

WEAVER, J., did not participate in this case because she has a past and current business relationship with Kasson Township Supervisor Fred Lanham and his family.

*Supplemental Briefing Ordered April 3, 2009:*

POTTER V MCLEARY, No. 136336. Oral argument having been heard on March 4, 2009, the parties are directed to submit supplemental briefs addressing the issue whether, if a defendant professional corporation is not an entity to whom notice is required to be provided under MCL 600.2912b, the applicable statute of limitations, MCL 600.5805(6), was nonetheless subject to statutory tolling provided in former MCL 600.5856(d). Plaintiff's supplemental brief is due April 17, 2009. The defense brief is due April 24, 2009. Court of Appeals No. 262529.